July 6, 1971

No. 71–25 Robert W. Sims, SN, U. S. Navy v John Chafee, Secretary of the Navy; ADM Elmo R. Zumwalt, Jr., USN, Chief of Naval Opera-

tions; ADM Charles K. Duncan, USN, Commander in Chief, Atlantic Fleet; RADM Herman J. Kossler, USN, Commander Naval Base, Charleston, South Carolina; and

---

[1] By a separate action of the Court, the Petition was dismissed as to eight of the original ten petitioners.
[2] (a) Respondents' "Reply to Order to Show Cause."
(b) "Memorandum in Response to

CAPT Edward P. Flynn, Jr., USN, Commanding Officer, Naval Station, Charleston, South Carolina.

On consideration of the Petition for Writ of Prohibition filed in the above-entitled action, it appearing that no charges are pending before a court-martial, or contemplated by petitioner's superiors, it is, by the Court, this 6th day of July 1971,

ORDERED:

That said Petition be, and the same hereby is, dismissed for lack of jurisdiction. Mueller v Brown, Misc. Docket 69–39, 18 USCMA 534, 40 CMR 246 (1969). See also Autry v Hyde, Misc. Docket 70–24, 19 USCMA 473, 42 CMR 35 (1970).